IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY L. MAJOR, ) | |
| (AIS #: 247758) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 13-0283-CG-B |
| ) | |
| CYNTHIA STEWART, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED** that the Plaintiff's claims against Defendants Stewart and Myers are dismissed without prejudice, and that this action is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 27th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE